In the Matter of CRAWFORD EQUITIES CORPORATION, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.

No opinion. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

CAROLINE E. JOHST, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

SIDNEY S. KAPLAN, Appellant, v. MADELINE SEEBECK et al., Respondents, et al., Defendants.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

JUAN S. LEE, an Infant by His Natural Guardian, FLORENCE LEE, et al., Respondents, v. GIDEON DUNKLEY, Defendant, and ALFRED PARIS et al., Appellants.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.